UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE AYALA-CHAVEZ,<br><br>Defendant. | Case No.: 3:18-cv-00057-MMD-WGC<br><br>**MINUTES OF PROCEEDINGS**<br><br>September 20, 2018 |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>Katie Lynn Ogden</u>    REPORTER: <u>FTR</u>

COUNSEL FOR THE GOVERNMENT: <u>James Keller (telephonically)</u>

COUNSEL FOR DEFENDANT: <u>Maysoun Fletcher (telephonically)</u>

TELEPHONIC SPECIAL APPEARANCES: <u>Deputy Attorney General Matthew P. Feeley and Heather Sams (Assistant to Warden Jerry Howell at Southern Desert Correctional Center)</u>

**MINUTES OF PROCEEDINGS: Motion Hearing**

1:34 p.m.  Court convenes.

The court holds today's conference to address defendant's "Motion for Order to the Southern Desert Correctional Center to Permit Additional Visitation Days and Time" (ECF No. 184).

James Keller states the government takes no position regarding the defendant's visitation request at this time.

Ms. Sams advises the court that the current visitation schedule at Southern Desert Correctional Center ("SDCC") is as follows: Monday visitations are dedicated to segregated inmates only; Tuesday through Thursday visitations are not available whatsoever because there are no correctional staff assigned to facilitate visitations; and Friday, Saturday and Sunday visitations are for inmates classified under general population designation only. Additionally,

MINUTES OF PROCEEDINGS - 1

1  Ms. Sams indicates the facility will consider special requests; however, the facility requires a
2  24-hour notice for special requests modifying or extending the current visitation schedule.

3  In view of the visitation schedule at SDCC and recognizing there must be an assignment
for a correctional officer to facilitate visitations, the defendant's request to be allowed visitation
4  with his counsel and her legal team Monday through Friday between 7 a.m. and 6 p.m., appears
to be somewhat onerous. The court, therefore, discusses potential alternative options available
5  for Ms. Fletcher and her legal team to visit Mr. Ayala-Chavez.

6  After considering different options and what appears to be reasonable for both the facility
7  and Ms. Fletcher, the parties agree that the defendant shall be afforded the opportunity to consult
with Ms. Fletcher and her legal team once a month, on a Friday afternoon, for approximately
8  three (3) to four (4) hours.

9  IT IS ORDERED that the defendant's "Motion for Order to the Southern Desert
10  Correctional Center to Permit Additional Visitation Days and Time" (ECF No. 184) is
**GRANTED in part and DENIED in part** consistent with the visitation agreement made
11  between the parties.

12  There being no additional matters to address at this time, court adjourns at 1:48 p.m.

DEBRA K. KEMPI, CLERK OF COURT

By:  /s/
Katie Lynn Ogden, Deputy Clerk

MINUTES OF PROCEEDINGS - 2